appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

GOTTFRIED C. KRUEGER v. A. W. MORRIS, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

GOTTFRIED C. KRUEGER v. A. W. MORRIS, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

NATHAN LAZERUS and Another v. PAUL L. JAMES and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

LILA B. RISHEL v. WARREN K. RISHEL.— Motion to dismiss appeal from order of December 10, 1923, granted. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

SUSAN R. BRODHEAD v. PATTERSON OIL COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

DAVID BELASCO, an Infant, etc., v. MAX J. KLEIN and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

EMIL HALLA v. ANNA FIELD, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

HONGKONG & SHANGHAI BANKING CORPORATION v. THE LAZARD-GODCHAUX COMPANY OF AMERICA, INC.— Motion to dismiss appeal denied. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

MOSES RUBENSTEIN v. SAMUEL H. HERMAN, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

WILSON D. BUSH v. NEW YORK HERALD COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

WILSON D. BUSH v. THE SUN-HERALD CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

RUSSIAN SOCIETY "NAUKA" INC., v. SUN-HERALD CORPN., INC., and Others. — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

FEODOR PETROFF v. SUN-HERALD CORPN., INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

EXCHANGE OPERATORS, INC., v. WILLIAM H. ROACH.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

EXCHANGE OPERATORS, INC., v. WILLIAM H. ROACH.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

ROBERT HERBST v. EMIL HUBER and Another.— Motion to dismiss appeal